(118 So. 172)

## NATIONAL LIFE & ACCIDENT INS. CO. v. SALLIE HANNON. (3 Div. 855.)

Supreme Court of Alabama. June 14, 1928.

Rehearing Denied Oct. 11, 1928.

■

John S. Tilley, of Montgomery, for petitioner. L. A. Sanderson, of Montgomery, opposed.

PER CURIAM. Petition of the National Life & Accident Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in National Life & Acc. Ins. Co. v. Hannon, 22 Ala. App. 483, 118 So. 170.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and BOULDIN, JJ., concur.